Justices SAYLOR, EAKIN, BAER, TODD, McCAFFERY and ORIE MELVIN join the opinion.

**ALL STAFFING, INC., Appellee**

v.

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

Feb. 21, 2012.

***ORDER***

PER CURIAM.

**AND NOW**, this 21st day of February, 2012, the Order of the Commonwealth Court is **AFFIRMED**.